Wendy Medura Krincek, Bar No. 6417
wkrincek@littler.com
Kelsey E. Stegall, Bar No. 14279
kstegall@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Fax No.:    702.862.8811

Attorneys for Defendant
NEVADA HEALTH CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EBONE YASMIN BALL,<br><br>        Plaintiff,<br><br>v.<br><br>NEVADA HEALTH CENTERS, INC. a Nevada non-profit corporation,<br><br>        Defendant. | Case No. 2:22-cv-01363-JAD-BNW<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT<br><br>[FIRST REQUEST] |

Plaintiff EBONE YASMIN BALL ("Plaintiff"), by and through her attorney of record, Robert P. Spretnak, Esq., of the Law Offices of Robert P. Spretnak, and Defendant NEVADA HEALTH CENTERS, INC. ("Defendant"), by and through its attorneys of record, Littler Mendelson, hereby stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint from the current deadline of September 30, 2022, up to and including **October 14, 2022.**

This extension is necessary to provide adequate time for Defense counsel to become familiar with the allegations in the Complaint, to investigate the facts of this matter, and to prepare a responsive

/ / /

/ / /

pleading.  This is the first request for an extension of time to respond to the Complaint.  This request is made in good faith and not for the purpose of delay.

Dated: September 26, 2022

Respectfully submitted,

/s/ Robert P. Spretnak
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorneys for Plaintiff
EBONE YASMIN BALL

Dated: September 26, 2022

Respectfully submitted,

WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
NEVADA HEALTH CENTERS, INC

**IT IS SO ORDERED.**

Dated this __27th__ day of __September__, 2022.

UNITED STATES MAGISTRATE JUDGE