```
1   Wendy Medura Krincek
    NV State Bar No. 6417
2   Kelsey E. Stegall
    NV State Bar No. 14279
3   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
4   Suite 300
    Las Vegas, Nevada 89169.5937
5   Telephone:    702.862.8800
    Email:  wkrincek@littler.com
6   Email:  kstegall@littler.com

7   Attorneys for Defendant
    NEVADA HEALTH CENTERS, INC.
8
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EBONE YASMIN BALL, | Case No. 2:22-cv-01363-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| NEVADA HEALTH CENTERS, INC. a Nevada non-profit corporation, | **ECF No. 15** |
| Defendant. | |

Plaintiff EBONE YASMIN BALL ("Plaintiff"), and Defendant NEVADA HEALTH CENTERS, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear her or its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

/ / /

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: March 7, 2023

Respectfully submitted,

/s/ Robert P. Spretnak
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorney for Plaintiff
EBONE YASMIN BALL

Dated: March 7, 2023

Respectfully submitted,

WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
NEVADA HEALTH CENTERS, INC

**ORDER**

**Based on the parties' stipulation [ECF No. 15] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT COURT
March 9, 2023

4883-2080-0333.1 / 069844-1017

2